# In the United States Court of Federal Claims

Taylor Reed

_____ Plaintiff(s),

v.

THE UNITED STATES,

IRS _____ Defendant.

Case No. 24-1558 T

Judge _____

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page. A fillable pdf is available at http://uscfc.uscourts.gov/filing-a-complaint.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

For the grounds for filing is for the IRS is financially recovery thefts ~~forcing~~ demanding amount due immediately for 2019 Tax year. Filing complaint for damage.

Received – USCFC
OCT 0 1 2024

A-5

2. **PARTIES**

Plaintiff, _Taylor Reed_, resides at _3232 Bowling Green Court_
(Street Address)
_Cincinnati, Ohio [45225]_, _513 538 8944_
(City, State, ZIP Code)      (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

3. **PREVIOUS LAWSUITS.** Have you begun other lawsuits in the United States Court of Federal Claims? ☐ Yes ☒ No

If yes, please list cases: _____

4. **STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

For statement of the claim is self-awareness of demanding, bullying, manipulating, and malicious by sending a notice titled "final balance due reminder." For the sense of purpose is disharmony of resistancing to change the books/accounts common. The total for my claim is $150,000.00

5.  **RELIEF.** Briefly state exactly what you want the court to do for you.

For the brief of the relief is 150,000.⁰⁰ as a result of the damage described in claim Statement. For I ask the court to grant a judgment in the amount stated.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __6__ day of __Sept.__, __2024__
          (day)          (month)          (year)

_____:Taylor-L:Reed:_____
Signature of Plaintiff(s)

A-7